No. 5788.  SMITH *v.* UNITED STATES.  C. A. 6th Cir. Motions for leave to amend petition for writ of certiorari and for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded to United States District Court for the Northern District of Ohio for reconsideration in light of suggestion contained in the Solicitor General's memorandum filed December 16, 1970.

No. 1112, October Term, 1968.  LEIGHTON *v.* ONE WILLIAM STREET FUND, INC., ET AL., 394 U. S. 988, 395 U. S. 942.  Motion for relief *pendente lite* denied.  MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.  Motion for leave to file second petition for rehearing denied.  THE CHIEF JUSTICE, MR. JUSTICE MARSHALL, and MR. JUSTICE BLACKMUN took no part in the consideration or decision of the latter motion.

No. ——.  ANDERSON *v.* ROCKEFELLER, GOVERNOR OF NEW YORK, ET AL.  Sup. Ct. N. Y.  Application for stay presented to MR. JUSTICE HARLAN, and by him referred to the Court, denied.

No. 144.  GRIFFIN ET AL. *v.* BRECKENRIDGE ET AL. C. A. 5th Cir.  [Certiorari granted, 397 U. S. 1074.] Motion of respondents for appointment of counsel granted.  It is ordered that W. D. Moore, Esquire, of Philadelphia, Mississippi, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for respondents in this case.

No. 338.  BLONDER-TONGUE LABORATORIES, INC. *v.* UNIVERSITY OF ILLINOIS FOUNDATION ET AL.  C. A. 7th Cir.  [Certiorari granted, *ante,* p. 864.]  Motion of Kawneer Co., Inc., for leave to file a brief as *amicus curiae* granted.